1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERICK J. BLANDINO, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

MCM CONSTRUCTION, INC., et al.,

        Defendants.

_____/

Case No. C 12-1729 PJH

**ORDER DENYING MOTION TO STRIKE**

    The motion of plaintiff Erick J. Blandino to strike the answer filed by defendant MCM
Construction, Inc. ("MCM'") came on for hearing before this court on June 6, 2012.  Plaintiff
appeared by his counsel David S. Harris, and MCM appeared by its counsel G. Daniel
Newland.  Having carefully reviewed the parties' papers and considered the arguments of
counsel and the relevant legal authority, and good cause appearing, the court hereby rules
as follows for the reasons stated at the hearing.

    The court finds that plaintiff has failed to meet his burden of showing that the answer
must be stricken for failure to provide fair notice.  Plaintiff argues that each of MCM's
defenses are insufficiently pled, yet, plaintiff actually addresses only four of MCM's fifty-
seven defenses.  The court encourages MCM to take a reasonable approach
moving forward and whittle down its defenses where appropriate.  However, considering

plaintiff has failed to demonstrate the insufficiency of each of MCM's defenses, plaintiff's motion to strike MCM's answer is DENIED.

**IT IS SO ORDERED.**

Dated: June 13, 2012

_____

PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2