UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ERICK J. BLANDINO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MCM CONSTRUCTION, INC., and DOES 1-20,<br><br>  Defendants.<br>_____/ | No. C 12-1729 PJH<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      January 29, 2013<br>Mediator:  Eric Tate |

   IT IS HEREBY ORDERED that the request to excuse defendant MCM Construction's insurance representative from appearing in person at the January 29, 2013, mediation before Eric Tate is DENIED.  Defendant has not made adequate showing that requiring its insurer representative to attend the mediation in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request is DENIED.

   IT IS SO ORDERED.

January 22, 2013            By: _____
Dated                            Maria-Elena James
                                 United States Chief Magistrate Judge