1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965)
2  Cassandra H. Carroll (SBN 209123)
   Pritee K. Thakarsey (SBN 266168)
3  560 Mission Street, 31st Floor
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Defendant
6  MCM CONSTRUCTION, INC.

7  HARRIS & RUBLE
   Alan Harris (SBN 146079)
8  Abigail Treanor (SBN 228610)
   6424 Santa Monica Boulevard
9  Los Angeles, California 90038
   Telephone: 323.962.3777
10 Facsimile: 323.962.3004

11 NORTH BAY LAW GROUP
   David S. Harris (SBN 215224)
12 116 E. Blithedale Avenue, Suite #2
   Mill Valley, California 94941-2024
13 Telephone: 415.388.8788
   Facsimile: 415.388.8770
14
   Attorneys for Plaintiff
15 ERICK J. BLANDINO

16
                    **UNITED STATES DISTRICT COURT**
17
              **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18

19
20 ERICK J. BLANDINO, individually and on   )   Case No. C 12-1729 WHO
   behalf of all others similarly situated,  )
21                                           )   **STIPULATION FOR DISMISSAL WITH**
                   Plaintiff,                )   **PREJUDICE OF CAUSES OF ACTION**
                                             )   **EIGHT, NINE AND TEN ONLY**
22         v.                                )
                                             )   **[F.R.C.P. 41(a)(1)(A)(ii)]**
23 MCM CONSTRUCTION, INC., and DOES 1-       )
   20,                                       )
24                                           )
                   Defendants.               )
25                                           )
                                             )
26 _____ )

27
28
   _____
   STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION EIGHT, NINE & TEN ONLY

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff Erick J. Blandino's Claims for Retaliation and Wrongful Termination in violation of Cal. Lab. Code § 1102.5, Retaliation and Wrongful Termination in violation of Cal. Lab. Code § 6310 and Retaliation and Wrongful Termination in violation of California Public Policy against Defendant MCM Construction, Inc., the Eighth, Ninth and Tenth Claims for Relief in the First Amended Complaint in this matter only, shall be and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: August 15, 2013                     NORTH BAY LAW GROUP


                                           By:    _____/s/_____
                                                  David Harris
                                                  Attorney for Plaintiff
                                                  Erick Blandino


DATED: August 15, 2013                     SEYFARTH SHAW


                                           By:    _____/s/_____
                                                  Cassandra Carroll
                                                  Attorney for Defendants
                                                  MCM Construction, Inc.

**IT IS SO ORDERED.**

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT


Dated: August 15, 2013

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION EIGHT, NINE & TEN ONLY