| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | G. Daniel Newland (SBN 087965) |
| 2 | Cassandra H. Carroll (SBN 209123) |
| | Pritee K. Thakarsey (SBN 266168) |
| 3 | 560 Mission Street, 31st Floor |
| | San Francisco, California  94105 |
| 4 | Telephone:  (415) 397-2823 |
| | Facsimile:  (415) 397-8549 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MCM CONSTRUCTION, INC. |
| 7 | HARRIS & RUBLE |
| | Alan Harris (SBN 146079) |
| 8 | Abigail Treanor (SBN 228610) |
| | 6424 Santa Monica Boulevard |
| 9 | Los Angeles, California 90038 |
| | Telephone: 323.962.3777 |
| 10 | Facsimile: 323.962.3004 |
| 11 | NORTH BAY LAW GROUP |
| | David S. Harris (SBN 215224) |
| 12 | 116 E. Blithedale Avenue, Suite #2 |
| | Mill Valley, California 94941-2024 |
| 13 | Telephone: 415.388.8788 |
| | Facsimile: 415.388.8770 |
| 14 | |
| | Attorneys for Plaintiff |
| 15 | ERICK J. BLANDINO |

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICK J. BLANDINO, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> MCM CONSTRUCTION, INC., and DOES 1-20, </br></br> Defendants. | Case No. C 12-1729 WHO </br></br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION EIGHT, NINE AND TEN ONLY** </br></br> **[F.R.C.P. 41(a)(1)(A)(ii)]** |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION EIGHT, NINE & TEN ONLY

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff Erick J. Blandino's Claims for Retaliation and Wrongful Termination in violation of Cal. Lab. Code § 1102.5, Retaliation and Wrongful Termination in violation of Cal. Lab. Code § 6310 and Retaliation and Wrongful Termination in violation of California Public Policy against Defendant MCM Construction, Inc., the Eighth, Ninth and Tenth Claims for Relief in the First Amended Complaint in this matter only, shall be and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: August 15, 2013               NORTH BAY LAW GROUP

                                     By: _____/s/_____
                                         David Harris
                                         Attorney for Plaintiff
                                         Erick Blandino


DATED: August 15, 2013               SEYFARTH SHAW


                                     By: _____/s/_____
                                         Cassandra Carroll
                                         Attorney for Defendants
                                         MCM Construction, Inc.

**IT IS SO ORDERED.**

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT


Dated: August 15, 2013

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION EIGHT, NINE & TEN ONLY