1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965)
2  Cassandra H. Carroll (SBN 209123)
   Pritee K. Thakarsey (SBN 266168)
3  560 Mission Street, 31st Floor
   San Francisco, California  94105
4  Telephone:  (415) 397-2823
   Facsimile:  (415) 397-8549
5
   Attorneys for Defendant
6  MCM CONSTRUCTION, INC.

7  HARRIS & RUBLE
   Alan Harris (SBN 146079)
8  Abigail Treanor (SBN 228610)
   6424 Santa Monica Boulevard
9  Los Angeles, California 90038
   Telephone: 323.962.3777
10 Facsimile: 323.962.3004

11 NORTH BAY LAW GROUP
   David S. Harris (SBN 215224)
12 116 E. Blithedale Avenue, Suite #2
   Mill Valley, California 94941-2024
13 Telephone: 415.388.8788
   Facsimile: 415.388.8770
14
   Attorneys for Plaintiff
15 ERICK J. BLANDINO

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK J. BLANDINO, individually and on behalf of all others similarly situated, | Case No. C 12-1729 WHO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| MCM CONSTRUCTION, INC., and DOES 1-20, | |
| Defendants. | |

# STIPULATION

Plaintiff Erick Blandino ("Plaintiff") and Defendant MCM Construction, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on August 5, 2013, the parties stipulated and the Court entered an Order requiring Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") by September 4, 2013, and set the hearing on the Motion for Preliminary Approval to take place on October 9, 2013 at 2:00 P.M.;

**WHEREAS**, on or about August 26, 2013, the parties finalized and entered into a long-form settlement agreement regarding the class action claims in the instant action.  To this end, Plaintiff is in the process of drafting the Motion for Preliminary Approval and all accompanying documents but Plaintiff needs additional, updated information from Defendant in order to provide the Court with the required detail for its review of the Motion for Preliminary Approval; and

**WHEREAS**, the parties anticipate gathering the necessary updated information shortly. In order to allow the parties to finalize this process, Plaintiff is requesting a three-week extension of the current deadline to file the Motion for Preliminary Approval.

**IT IS HEREBY STIPULATED** that the deadline for Plaintiff to file the Motion for Preliminary Approval shall be continued from September 3, 2013 to September 25, 2013.  The Case Management Conference and the hearing on the Motion for Preliminary Approval shall be continued from October 9, 2013 to October 30, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: September 3, 2013         /s/ David S. Harris_____
                                 David S. Harris
                                 NORTH BAY LAW GROUP
                                 Attorneys for Plaintiff Erick Blandino

///

1  ///

2  DATED: September 3, 2013           /s/ Cassandra Carroll_____

3                                     Cassandra Carroll
                                      SEYFARTH SHAW
4                                     Attorneys for Defendant
                                      MCM Construction, Inc.
5

6                                     **ORDER**

7  The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT

8  IS HEREBY ORDERED that:

9       Plaintiff's deadline to file the Motion for Preliminary Approval shall be continued from

10 September 4, 2013 to September 25, 2013.

11      The Case Management Conference and the hearing on the Motion for Preliminary

12 Approval shall be continued from October 9, 2013 to October 30, 2013 at 2:00 p.m.

13

14 DATED: September 3, 2013           _____
                                      HON. WILLIAM H. ORRICK
15