1  SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965)
2  Cassandra H. Carroll (SBN 209123)
Pritee K. Thakarsey (SBN 266168)
3  560 Mission Street, 31st Floor
San Francisco, California  94105
4  Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
5
Attorneys for Defendant
6  MCM CONSTRUCTION, INC.

7  HARRIS & RUBLE
Alan Harris (SBN 146079)
8  Abigail Treanor (SBN 228610)
6424 Santa Monica Boulevard
9  Los Angeles, California 90038
Telephone: 323.962.3777
10  Facsimile: 323.962.3004

11  NORTH BAY LAW GROUP
David S. Harris (SBN 215224)
12  116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
13  Telephone: 415.388.8788
Facsimile: 415.388.8770
14
Attorneys for Plaintiff
15  ERICK J. BLANDINO

16

17                 **UNITED STATES DISTRICT COURT**

18          **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

20  ERICK J. BLANDINO, individually and on    )    Case No. C 12-1729 WHO
behalf of all others similarly situated,          )
21                                                )    **STIPULATION AND ORDER**
                   Plaintiff,                     )    **CONTINUING PLAINTIFF'S**
22                                                )    **DEADLINE TO FILE MOTION FOR**
           v.                                     )    **PRELIMINARY APPROVAL OF**
23                                                )    **CLASS ACTION SETTLEMENT**
MCM CONSTRUCTION, INC., and DOES 1-               )
24  20,                                           )
                                                  )
25                 Defendants.                    )
                                                  )
26  _____        )

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

Plaintiff Erick Blandino ("Plaintiff") and Defendant MCM Construction, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on September 3, 2013, the parties stipulated and the Court entered an Order continuing Plaintiff's deadline to file their Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") until September 25, 2013, and set the hearing on the Motion for Preliminary Approval to take place on October 30, 2013 at 2:00 P.M. in Courtroom 2;

**WHEREAS**, the parties have entered into a long-form settlement agreement regarding the class action claims in the instant action.  To this end, Defendant has since provided Plaintiff with updated information regarding the class, which Plaintiff is in the process of summarizing and incorporating into the Motion for Preliminary Approval.  To this end, however, Plaintiff needs additional time in order to finalize the summary, as well as the proposed Claim Form and Notice, which the Parities anticipate finalizing shortly.

**WHEREAS**, in light of the fact that the Motion for Preliminary Approval is unopposed, a full 35-day notice period is unnecessary.

**IT IS HEREBY STIPULATED** that the deadline for Plaintiff to file the Motion for Preliminary Approval shall be extended by one week. Thus, Plaintiff shall file the Motion for Preliminary Approval on or before October 1, 2013.  Defendant shall file its notice of non-opposition on or before October 8, 2013.  The Case Management Conference and the hearing on the Motion for Preliminary Approval shall take place on October 30, 2013, at 2:00 P.M. in Courtroom 2.

**IT IS SO STIPULATED.**

DATED: September 24, 2013          _/s/ David S. Harris_____
                                   David S. Harris
                                   NORTH BAY LAW GROUP
                                   Attorneys for Plaintiff Erick Blandino

///

DATED: September 24, 2013          /s/ Cassandra Carroll

Cassandra Carroll
SEYFARTH SHAW
Attorneys for Defendant
MCM Construction, Inc.

## **ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff's deadline to file the Motion for Preliminary Approval shall be continued from September 25, 2013 to October 1, 2013.

The Case Management Conference and the hearing on the Motion for Preliminary Approval shall take place on October 30, 2013 at 2:00 p.m. in Courtroom 2.

DATED: September 25, 2013          _____

HON. WILLIAM H. ORRICK